UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-30176

DAVID URIEL ABRAMI,
    Plaintiff

v.

TOWN OF AMHERST, CHARLES L. SCHERPA, MARCUS A. HUMBER, and RYAN N. TELLIER,
    Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned hereby certify that they have conferred concerning the establishment of a budget for the cost of conducting the full-course and various alternative courses for the litigation and concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Insurer for the Defendants,
Town of Amherst, Charles L. Scherpa and
Marcus A. Humber

_____
Peter Roxo
Trident Insurance Services of
 New England, Inc.
P.O. Box 334
Ludlow, MA 01056
(888) 206-6184
(413) 583-9207 (fax)
proxo@tridentinsurance.net

Attorney for the Defendants,
Town of Amherst, Charles L. Scherpa and
Marcus A. Humber

_____
Carole Sakowski Lynch, BBO# 547718
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (fax)
clynch@morrisonmahoney.com

449867v1

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on 2/4/1_
_____