UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID URIEL ABRAMI, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-30176-MAP |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| TOWN OF AMHERST, CHARLES L. | ) | |
| SCHERPA, MARCUS A. HUMBER and | ) | |
| RYAN N. TELLIER, | ) | |
| Defendants | ) | |

SCHEDULING ORDER
March 11, 2010

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day:

1.      The parties shall complete their automatic disclosures by April 14, 2010.

2.      All written discovery shall be served by May 14, 2010.

3.      Non-expert depositions shall be completed by November 19, 2010.

4.      Defendants shall file their summary judgment motion, if any, by December

17, 2010.

5.      Plaintiff's opposition to Defendants' motion for summary judgment shall be

filed by January 13, 2011, to which Defendants may reply by January 21,

2011.

6.      A hearing on any motion for summary judgment shall take place on

February 17, 2011, at 2:00 p.m. before District Judge Michael A. Ponsor.
The parties shall be prepared to address their need, if any, to retain and
utilize experts.

7.   The parties shall appear for a pretrial conference on March 15, 2011, at
2:00 p.m.  Pre-trial memoranda shall be prepared in accordance with the
provision of Local Rule 16.5(D) and the Procedural Order to be entered.

8.   Trial shall commence on April 11, 2011, at 9:00 a.m.  The parties are
hereby notified, however, that due to the court's congested trial docket the
case may actually be called to trial on any day during the four weeks
following.  The parties should stay in touch with the courtroom deputy,
Theresa Pelegano, to confirm the actual date for trial.

IT IS SO ORDERED.

DATED:   March 11, 2010

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge