UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-30176

| | |
|---|---|
| DAVID URIEL ABRAMI,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF AMHERST, CHARLES L.<br>SCHERPA, MARCUS A. HUMBER, and<br>RYAN N. TELLIER,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## EMERGENCY MOTION OF THE DEFENDANTS TO ENLARGE TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT
## (ASSENTED TO)

Now come the defendants, Town of Amherst, Charles L. Scherpa, Marcus A. Humber and Ryan N. Tellier, and respectfully request that this court enlarge the time within which the defendants may file their motion for summary judgment up to and including December 21, 2010. As grounds for this motion, defendants state as follows:

1. The defendants' motion for summary judgment is currently due on December 17, 2010.

2. On December 14, 2010, defendants' counsel discovered that approximately 16 hours of work on the memorandum of law in support of the motion for summary judgment were inexplicably lost due to computer problems. Therefore, defendants' counsel has had to recreate this work in addition to finishing the memorandum of law. As a result, defendants' counsel are unable to complete the motion for summary judgment prior to the December 17, 2010 deadline.

3. The defendants are requesting an extension of two (2) business days or until December 21, 1010 to file their motion for summary judgment.

484118v1

    4.      The plaintiff does not object to this request and has assented to it.

WHEREFORE, the defendants respectfully request that they be allowed until December 21, 2010 to file their motion for summary judgment.

                            The Defendants
                            Town of Amherst, Charles L. Scherpa, Marcus A. Humber, and Ryan N. Tellier
                            By Their Attorneys

Assented to:

                            /s/ Carole Sakowski Lynch
                            Carole Sakowski Lynch, BBO#547718
                            MORRISON MAHONEY LLP
/s/ David Uriel Abrami        1500 Main Street, Suite 2400
David Uriel Abrami, pro se     P.O. Box 15387
220 North Pleasant Street, # 4  Springfield, MA 01115-5387
PO Box 704                        (413) 737-4373
Amherst, MA 01004            (413) 739-3125 (Fax)
                            clynch@morrisonmahoney.com

                            Attorneys for the Defendants
                            Charles L. Scherpa and Marcus A. Humber


                            /s/ Andrew J. Gambaccini
                            Andrew J. Gambaccini, BBO# 654690
                            Reardon, Joyce & Akerson, P.C.
                            4 Lancaster Terrace
                            Worcester, MA 01609
                            (508) 754-7285
                            (508) 754-7220 (fax)
                            agambaccini@rja-law.com


## LOCAL RULE 7.1 CERTIFICATION

On December 16, 2010, Attorney Carole Sakowski Lynch conferred with David Abrami with regard to the subject matter of this motion. Mr. Abrami gave his assent to the motion.

                            /s/ Carole Sakowski Lynch
                            Carole Sakowski Lynch

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on December 16, 2010.

                            /s/ Carole Sakowski Lynch
                            Carole Sakowski Lynch, BBO#547718

484118v1