# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID URIEL ABRAMI,<br>    Plaintiff(s)<br><br>        v.<br><br>TOWN OF AMHERST, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:09-cv-30176 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Town of Amherst, et al., against the plaintiff David Uriel Abrami, pursuant to the court's endorsed order entered this date, granting the defendant's motion for summary judgment.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: February 3, 2011          By /s/ *Maurice G. Lindsay*
                                 Maurice G. Lindsay
                                 Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                    [jgm.]